# EXHIBIT 1

**Placeholder until Motion for Leave to File under Seal is resolved. A copy of Exhibit 1 has been emailed to chambers.**