UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

_____

DANIELLE PETERSON,

    Plaintiff,

    V.                          Case No. 4:23-cv-00057-RK

JACOB RIEGER & COMPANY, LLC,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

After careful consideration and for the reasons explained above, the Court **ORDERS** as follows:

1. Plaintiff Danielle Peterson's unopposed "Motion for Approval of Settlement," ([Doc. 89](#)), is **GRANTED**.
2. The Settlement Agreement, ([Doc. 92 at 2-19](#)), and form of the Notice to Opt-In Plaintiffs, ([Doc. 92 at 23](#)), are **APPROVED**.
3. This Court specifically retains jurisdiction to accept the filing of any Notice of Opt Outs and to enforce the terms of the settlement agreement.
4. This case is **DISMISSED with prejudice**, in accordance with the terms of the settlement agreement.

    **IT IS SO ORDERED.**

Dated: March 10, 2025                                    /s/ Paige Wymore-Wynn
                                                                                        Clerk of the Court

Entered: March 11, 2025                               /s/ LaTandra Wheeler
                                                                                       Deputy Clerk-